DOLBY LABORATORIES, INC. and Dolby Laboratories Licensing Corporation, Plaintiffs/Counterclaim Defendants–Cross Appellants,

v.

LUCENT TECHNOLOGIES, INC., Defendant/Counterclaimant–Appellant,

and

Lucent Technologies Guardian I LLC, Counterclaimant–Appellant.

Nos. 2006–1583, 2006–1595.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2007.

Jeffrey M. Fisher, Farella Braun & Martel LLP, of San Francisco, California, argued for plaintiffs/counterclaim defendants-cross appellants. With him on the brief were John L. Cooper, Andrew Leibnitz, and Nan E. Joesten.

John M. Desmarais, Kirkland & Ellis, LLP, of New York, New York, argued for defendant/counterclaimant-appellant and counterclaimant defendant-appellant. With him on brief were Robert A. Appleby, Alan S. Kellman, Anne S. Toker, and Jason S. Grauch. Of counsel was Edward C. Donovan, of Washington, DC.

Before RADER, SCHALL and LINN, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

Before RADER, SCHALL and LINN, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.